UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-41837 |
| | § | Chapter 7 |
| JENNIFER L. RYAN, | § | |
| | § | Hearing: |
| Debtor. | § | November 13, 2012 at 1:30 p.m. |

## DEBTOR'S OBJECTION TO
## U.S. TRUSTEE'S MOTION TO DISMISS

Jennifer L. Ryan ("Debtor") files this Debtor's Objection to U.S. Trustee's Motino to

Dismiss and respectfully states as follows:

1.      The Debtor's estimations of anticipated postpetition income and expenses set

forth in the Debtor's Schedules [Docket 8] (and the amendments thereto dated September 5,

2012 [Docket No. 13]) were based upon the Debtor's six-month historical income and expenses

(January 3, 2012 through July 3, 2012), since it is presumed that historical income/expenses are

the best indicators of future income and expenses.

2.      As is often the case with future predictions, actual results can differ.

Contemporaneously herewith, the Debtor has filed her Amended Schedules I & J and the

estimations of future income and expenses based upon the Debtor's actual postpetition income

and expenses for the period of July 3, 2012 through October 31, 2012, together with the Debtor's

current expectations for her future.

3.      It has become clear to the Debtor that she can no longer afford her homestead.

She intends to abandon the same and move to an apartment.

4.      The Debtor's monthly income has dropped to approximately $4,000.

5.      Based upon the Debtor's current income and expenses, the Motion should be

denied.

WHEREFORE, the Debtor respectfully requests the Court to deny the Motion and to grant such relief to the Debtor as may be appropriate.

Date:  November 8, 2012

Respectfully Submitted,

RICHARD G. GRANT, P.C.


By:  ___/s/ Richard G. Grant_____
       Richard G. Grant
       Texas Bar No. 08302650

The Crescent, 7th Floor
100 Crescent Court, Suite 700
Telephone: (214) 210-2929
Facsimile: (214) 224-0198
rgrant@rgglaw.com

COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was served  pursuant to the Court's electronic filing system on November 8, 2012

/s/ Richard G. Grant_____
Richard G. Grant